

Hellerstein, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

FRANCK MULLER USA INC.,

           Plaintiff,

   -against-

YAFA ANTIQUE JEWELRY INC.;
YAFA JEWELRY INC.; EXCLUSIVE
TIME, INC.; NEW YORK BUYER'S
JEWELRY INC.; NELLY'S FINE
JEWELRY AND WATCH INC.;
JOHN DOES 1-50; and
XYZ CORPORATIONS 1-50,

           Defendants.

- - - - - - - - - - - - - - - - -X

Civil Case No. 06-15410
(Hellerstein, J.)



**STIPULATION**



**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the plaintiff and the YAFA defendants that the time of YAFA defendants to move against or answer the Complaint in the within matter is hereby extended up to and including March 23, 2007, subject to the approval of the Court,

with the conference scheduled before the Court on March 16, 2007 to remain.

DATED:   New York, New York
         February 21, 2007

>                                PILIERO GOLDSTEIN KOGAN &
>                                MILLER LLP
>
>                                By: _____
>                                    Michael Miller
>                                    Attorneys for Plaintiff
>
>
>                                NOEL W. HAUSER AND ASSOCIATES
>
>                                By: _____
>                                    Noel W. Hauser
>                                    Attorneys for YAFA Defendants

SO ORDERED: 2/27/07
_____
U.S.D.J.